460 A.2d 366

Toppitzer v. White, Appellant.

Reargument Denied June 9, 1983.

Petition for Allowance of Appeal
Denied Nov. 2, 1983.

Argued January 20, 1983. Helen T. White, appellant, in propria persona; James C. Brennan, for appellee.

Before CAVANAUGH, ROWLEY and HOFFMAN, JJ.

Order affirmed.